# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MEZA JIMENEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUNG'S MARKET COMPANY, LLC, a limited liability company; REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants | Case No.: 5:21-CV-02410-EMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER DISMISSING CLASS AND INDIVIDUAL CLAIMS WITHOUT PREJUDICE**<br><br>Complaint filed:   February 26, 2021<br>Trial date:            Not set |

## [PROPOSED] ORDER

The Court, having considered the Plaintiff's Motion to Dismiss, and good cause appearing therefore, hereby orders that:

1. The class and individual allegations made in the First Amended Complaint are dismissed without prejudice such that the only remaining cause of action is the Eighth Cause of Action for Civil Penalties Under PAGA; and

2. This matter is remanded to the Superior Court of California, County of Santa Clara.

**IT IS SO ORDERED.**

DATE: August 16, 2021

_____
Edward M. Chen
Judge of the United States District Court, Northern District of California

---

1

[PROPOSED] ORDER DISMISSING CLASS AND INDIVIDUAL CLAIMS WITHOUT PREJUDICE